1  Thomas P. Riley, SBN 194706
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227
   Tel:  626-799-9797
4  Fax:  626-799-9795
   TPRLAW@att.net
5  **Attorneys for Plaintiff**
   **J & J Sports Productions, Inc.**
6
   Steven Pisano, SBN 154718
7  **ATTORNEY AT LAW**
8  617 Veterans Blvd., Suite 102
   Redwood City, CA 94063
9  Tel: 650-367-1812
   Fax: 650-367-8697
10 eplegal@gmail.com
11 **Attorneys for Defendants**
   **Catarino Valle and Maria De Jesus Valle**
12

13              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                  **SAN FRANCISCO DIVISION**

15

16 **J & J SPORTS PRODUCTIONS, INC.,**          **Case No. 4:11-CV-01162-PJH**

17           **Plaintiff**                      **STIPULATION FOR AN ORDER**
                                                **CONTINUING CASE MANAGEMENT**
18             **v.**                           **CONFERENCE; AND ORDER**
                                                (~~Proposed~~)
19 **CATARINO VALLE, et al.**
                                                **FOR:  HON. PHYLLIS J. HAMILTON**
20    **Defendants and Cross-claimants**

21

22 **CATARINO VALLE,**

23         **Cross-claimants**
24             **v.**

25 **DISH NETWORK SERVICE**
   **CORPORATION,**
26

27       **Cross-Defendant.**

28

**TO THE HONORABLE PHYLLIS J. HAMILTON:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants/Cross-claimants Catarino Valle and Maria De Jesus Valle hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference presently set for June 23, 2011 at 2:00 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Cross-claimants have not yet perfected service of the suit papers upon the Cross-defendant Dish Network Service Corporation.

As a result, the Parties have not conferred with each other concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

Cross-claimants recently identified an alternative address that it believes will be successful to serve the suit papers, upon the Cross-defendants.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PLAINTIFF AND DEFENDANTS/CROSS-CLAIMANTS that the Court reschedule the Case Management Conference, presently scheduled for June 2̶3̶ 30, 2011 at 2:00 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: June 21, 2011

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

Dated: June 21, 2011

**ATTORNEY AT LAW**
By: Steven Pisano
Attorneys for Defendants / Cross-claimants
Catarino Valle and
Maria De Jesus Valle

1

## ORDER (~~Proposed~~)

2        It is hereby ordered that the Case Management Conference in civil action number 4:11-cv-

3  01162-PJH styled *J & J Sports Productions, Inc. v. Catarino Valle, et al.*, is hereby continued from

4  2:00 PM, June ~~23,~~ 30 2011 to __August 11, 2011 at 2:00 p.m.__

5

6

7

8  **IT IS SO ORDERED:**

9

10

11  _____                    Dated: __6/22/11__

12  **The Hon**~~~~**amilton**
   **United St**
13  **Northe**~~~~**California**

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

## PROOF OF SERVICE (SERVICE BY E-MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 21, 2011, I served:

**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by electronic mailing same to the Defendants' counsel at the following email address(es):

Mr. Steven Pisano, Esquire
**ATTORNEY AT LAW**
617 Veterans Blvd., Suite 102
Redwood City, CA 94063
e-mail: eplegal@gmail.com

Attorneys for Defendants
Catarino Valle
and Maria De Jesus Valle

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 21, 2011, at South Pasadena, California.

Dated: June 21, 2011

*/s/ Maria Baird*
**MARIA BAIRD**

Page 4