Steven Pisano, Esq. (SBN: 154718)
E.P. Legal Services
617 Veterans Blvd., Suite 102
Redwood City, CA 94063
Telephone: 650-/367-1812
Facsimile: 650/367-8697
E-Mail: eplegal@gmail.com

Attorney for Catarino Valle and Maria De Jesus Valle,
Individually and dba Tacos El Camino a.k.a.
Tacos El Camino Restaurant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **CATARINO VALLE and MARIA DE** ) <br> **JESUS VALLE, INDIVIDUALLY and dba** ) <br> **TACOS EL CAMINO a.k.a. TACOS EL** ) <br> **CAMINO RESTAURANT,** ) <br> Defendants. ) | Case No.: CV 111162 EMC <br><br> **STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE TO FIRST AMENDED THIRD PARTY COMPLAINT** |

Third Party Plaintiffs/Defendants CATARINO VALLE and MARIA DE JESUS VALLE, INDIVIDUALLY and dba TACOS EL CAMINO a.k.a. TACOS EL CAMINO RESTAURANT, INDIVIDUALLY and d/b/a/, through their respective counsel of record, stipulate that Third Party Defendant DISH NETWORK SERVICE CORPORATION shall have an extension of time of twenty (20) days for serving its response to the Third Party Complaint so that its time for preparing and serving its response shall be to and including August 8, 2011.

//

//

//

//

This Stipulation shall be without prejudice to any party seeking further extensions of time from the parties or court.

DATED: ~~2011~~ July 15, 2011

By: /Jennifer A. Friend
Jennifer A. Friend
Attorneys for Defendant

DATED: 07/15, 2011

By: /s/ Steven Pisano
Attorney for Third Party Plaintiff

## ORDER

IT IS ORDERED that Third Party Defendant DISH NETWORK L.L.C. shall have an extension of time of eighteen (20) days for serving its response to the First Amended Third Party Complaint so that its time for preparing and serving its response shall be to and including August 8, 2011.

DATED: 7/18/11        By:



Honorable
United States
Case No.:

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION FOR EXTENSION OF TIME FOR FILING RESPONSE TO THIRD PARTY COMPLAINT
Page 2 of 2