UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff(s),

    v.

CATARINO VALLE, et al.,

    Defendant(s).

_____/

No. C 11-1162 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the case management conference called on August 11, 2011, defendants' lead counsel appeared, but plaintiff's lead counsel did not; instead he sent an attorney in his place who was unable to answer the court's questions about the status of all the various motions currently pending on the court's docket. Civil Local Rule 16-10 requires the attendance of lead counsel at the initial case management conference and this court so requires.

Additionally, the appearance and participation of third party defendant Dish Network is required as well. It appears from its motion to dismiss the third party action that Dish Network has been served with the pleading. It is not clear, however, that Dish Network received notice of the August 11, 2011 case management conference.

Accordingly, the case management conference is continued to **August 25, 2011, at 2:00 p.m.** for the appearance of lead counsel for plaintiff, defendants and third party defendant. Counsel shall meet and confer in advance of the conference to figure out the status of the four pending motions, two of which appear to perhaps be moot. The four motions are currently noticed for hearing on August 24, 2011, August 31, 2011, September 14, 2011 and September 21, 2011. The court will hear all motions on one day. Until the

parties advise which motions are going forward, the court cannot determine if any date other than the last would be appropriate for the hearing.

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge