1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9
   J & J Sports Productions, Inc.,          CASE NO. 4:11-cv-1162-PJH
10
                   Plaintiff,               STIPULATION OF DISMISSAL OF
11                                          PLAINTIFF'S COMPLAINT AGAINST
                                            DEFENDANT CATARINO VALLE and
12         vs.                              MARIA DE JESUS VALLE, individually and
                                            d/b/a TACOS EL CAMINO a/k/a TACOS EL
13 Catarino Valle, et al.,                  CAMINO RESTAURANT
14
                   Defendants.
15

16

17       **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS,

18 INC. and Defendants CATARINO VALLE and MARIA DE JESUS VALLE, individually and d/b/a

19 TACOS EL CAMINO a/k/a TACOS EL CAMINO RESTAURANT, that the above-entitled action is

20 hereby dismissed **without prejudice** against CATARINO VALLE and MARIA DE JESUS VALLE,

21 individually and d/b/a TACOS EL CAMINO a/k/a TACOS EL CAMINO RESTAURANT, and subject

22 to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

23       **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

24 motion to reopen this action by July 15, 2012, the dismissal shall be deemed to be **with prejudice**.

25 ///
26 ///
27 ///
   ///
28

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: May 10, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 05/10/12

STEVEN PISANO, ATTORNEY AT LAW
By: Steven Pisano
Attorneys for Defendants
CATARINO VALLE and MARIA DE JESUS VALLE, Individually and d/b/a TACOS EL CAMINO a/k/a TACOS EL CAMINO RESTAURANT

**IT IS SO ORDERED:**

Dated: 5/16/12

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION OF DISMISSAL
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On May 10, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CATARINO VALLE and MARIA DE JESUS VALLE, individually and d/b/a TACOS EL CAMINO a/k/a TACOS EL CAMINO RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Steven Pisano, Esquire (Attorneys for Defendants)
**STEVEN PISANO, ATTORNEY AT LAW**
617 Veterans Blvd., Suite 102
Redwood City, CA 94063

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on May 10, 2012, at South Pasadena, California.

Dated: May 10, 2012

_MARIA BAIRD_